IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RIGOBERTO E. PEREZ,<br><br>                Defendant. | 8:02CR229<br><br>**ORDER FOR DISMISSAL** |

       This matter is before the Court on the United States' Motion for Dismissal (Filing No. 23). The Court, being duly advised in the premises, finds said Motion should be sustained.

       IT IS HEREBY ORDERED:

       The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Rigoberto E. Perez.

       Dated this 26th day of June, 2014.

                                                BY THE COURT:

                                               *Richard G. Kopf*
                                               Senior United States District Judge